UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GAZZENY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN R. CHAPPELL, Warden,<br><br>　　　　Respondent. | Case No.  14-cv-03800-HSG (PR)<br><br>**ORDER EXTENDING TIME FOR PETITIONER TO PAY $5.00 FILING FEE** |

On January 14, 2015, the Court denied petitioner's application to proceed in forma pauperis in this habeas action and directed him to pay the $5.00 filing fee by February 25, 2015.  On January 30, 2015, petitioner filed a prison trust fund statement with the following handwritten notation, "Filing Fee Check for $5.00 enclosed."  See Dkt. No. 6 at 4.  To date, the Court's financial office has no record of the filing fee having been paid for this action.  The Court will extend to **March 31, 2015**, the deadline for petitioner to pay the $5.00 filing fee.  **His failure to do so will result in the dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b), and without further notice to him.**  No further extensions of this deadline should be expected.

**IT IS SO ORDERED.**

Dated:  3/10/2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge