UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW GAZZENY,

    Petitioner,

v.

KEVIN R. CHAPPELL, Warden,

    Respondent.

Case No.  14-cv-03800-HSG (PR)

**JUDGMENT**

    The Court has dismissed the instant federal habeas action without prejudice for petitioner's failure to pay the filing fee.  A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated:  4/27/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge